UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | 4:18-CR-00657 |
| DARVIN PITCHER | § | |

## MOTION TO DISMISS INDICTMENT

The United States of America, by and through Ryan K. Patrick, United States Attorney, and Zahra Jivani Fenelon, Assistant United States Attorney, for the Southern District of Texas, requests that the Court dismiss without prejudice the Criminal Indictment filed against the Defendant, Darvin Pitcher.

    Respectfully submitted,

    RYAN K. PATRICK
    United States Attorney

By:   *s/ Zahra Jivani Fenelon*
      Zahra Jivani Fenelon
      Assistant United States Attorney
      SDTX: 2621972
      1000 Louisiana St., Suite 2300
      Houston, TX 77002
      (713) 567-9000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the United States's Motion to Dismiss Indictment filed and served on Aisha Dennis, attorney for the defendant, Darvin Pitcher, on February 14, 2020, via ECF filing.

*s/ Zahra Jivani Fenelon*
Zahra Jivani Fenelon
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:18-CR-00657 |
| | § | |
| | § | |
| DARVIN PITCHER | § | |

## ORDER

The United States's Motion to Dismiss Indictment without prejudice is GRANTED.

SIGNED at Houston, Texas, on _____.


_____
HON. KENNETH M. HOYT
United States District Judge